IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**EDWARD FRANK HELD, IV**                                            PLAINTIFF

v.                                              CAUSE NO. 1:17-cv-52-LG-RHW

**SHERIFF RICKY ADAM,**
**WARDEN BRANDON ZERINGUE,**
**and CHIEF DAVID ALLEN**                                           DEFENDANTS

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY ORDERED AND ADJUDGED** that Held's § 1983 claims are **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915 (e) (2) (B) (i).

**IT IS, FURTHER, ORDERED AND ADJUDGED** that this dismissal will count as a "strike" in accordance with the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915 (g).

**SO ORDERED AND ADJUDGED** this the 6th day of December, 2017.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE